# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00183-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

ELMER L. CROSS, JR.,

    Plaintiff,

v.

STATE OF COLORADO, working for an unknown, unnamed Federal Agency,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Elmer L. Cross, Jr., currently resides in Denver, Colorado.  He has submitted to the court a Prisoner Complaint (ECF No. 1).  As part of the court's review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that the document is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this action.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   xx   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   ___   is missing authorization to calculate and disburse filing fee payments on proper form
(7)   ___   is missing an original signature by the prisoner
(8)   xx   is not on proper form (must use the court's current form for nonprisoners)

(9) __   names in caption do not match names in caption of complaint, petition or habeas application
(10) xx   other: Plaintiff may pay the filing fee of $400 in full in advance instead of submitting an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form).

**Complaint, Petition or Application**:
(11) __   is not submitted
(12) xx   is not on proper form (must use the court's current form for nonprisoners)
(13) __   is missing an original signature by the prisoner
(14) __   is missing page nos. __
(15) __   uses et al. instead of listing all parties in caption
(16) __   names in caption do not match names in text
(17) __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __   other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved forms for filing an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) and a Complaint, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED January 28, 2015, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge