IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00183-GPG

ELMER L. CROSS, JR.,

    Plaintiff,

v.

STATE OF COLORADO, working for an unknown, unnamed Federal Agency,

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, Elmer J. Cross, Jr., currently resides in Denver, Colorado. He initiated this action on January 27, 2015 by submitting *pro se* a Prisoner Complaint (ECF No. 1) pursuant to 28 U.S.C. § 1343 and 42 U.S.C. § 1983.

    On January 28, 2015, Magistrate Judge Gordon P. Gallagher entered an order directing Mr. Cross to cure certain deficiencies if he wished to pursue his claims in this action. Specifically, Magistrate Judge Gallagher directed Mr. Cross either to pay the filing and administrative fees totaling $400.00 or to submit on the court-approved form an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form). Magistrate Judge Gallagher also ordered Mr. Cross to submit a Complaint on the Court-approved form for nonprisoners. Mr. Cross was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    On March 2, 2015, the copy of the January 28 Order Directing Plaintiff to Cure Deficiencies (ECF No. 3) that was sent to Mr. Cross was returned to the Court as undeliverable. (*See* ECF No. 4).

Mr. Cross has failed to cure the deficiencies within the time allowed, and he has failed to communicate with the Court in any way since filing the Prisoner Complaint on January 27, 2015. The Court, therefore, will dismiss the action for failure to cure the deficiencies and failure to prosecute.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma paupers* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pampers* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies as directed and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pampers* on appeal is denied. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this __6th__ day of ___March___, 2015.

BY THE COURT:

    s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court